IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMMANUEL N. LAZARDIS       *
   Plaintiff,
  v.             *  Civil Action Case No. CCB-10-2338

STEPHEN J. CULLEN, et al.     *
   Defendants.
               ***

O R D E R

Plaintiff, a resident of Crete, Greece, filed this action challenging provisions of the Maryland Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA") as a violation of the United States Constitution. ECF No. 1. On October 19, 2010, court order was entered granting plaintiff leave to proceed without prepayment of costs and directing plaintiff to provide a local service address, a signed complaint, and completed 285 U.S. Marshal service of process forms within twenty-eight days. ECF No. 4. He was forewarned that his failure to comply would result in the dismissal of his case without further notice.

On November 29, 2010, Plaintiff filed a motion to accept out-of-time response. ECF No. 5. Plaintiff alleges that the requested documents were sent to the court in November but were returned to him due to new mail and package security measures implemented by Greece which include a requirement that the identification of the sender be provided to the postal service at the time of mailing. He has now provided the court-ordered materials (a signed complaint and completed 285 U.S. Marshal forms). As plaintiff provides good cause for the delay, his motion shall be granted and the materials shall be accepted for filing. The Clerk shall take all necessary steps to effect service of process of the complaint and summonses on defendants through the U.S. Marshal.

In addition, plaintiff has provided the court a local service address, but asks that copies of all notices be sent to his physical address in Greece. In compliance with local rule requirements for

*pro se* litigants, the Clerk shall be directed to service all notices to Plaintiff at the local service address in Baltimore.

Accordingly, it is this 1st day of December, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's motion to accept out-of-time response (ECF No. 5) IS GRANTED.

2. The Clerk SHALL AMEND the docket to add plaintiff's local service address as 409 Cathedral Street, Baltimore, Maryland 21201;

3. The Clerk SHALL TAKE ALL NECESSARY STEPS to effect service of the complaint and summonses on defendants through the U.S. Marshal; and

3. The Clerk SHALL SEND a copy of this Order to plaintiff.

                                                  _____/s/_____
                                                  Catherine C. Blake
                                                  United States District Judge