To: Mr. Anthony Crouse

## DECLARATION

_____ declares as follows:

1. I am over eighteen years of age and am competent to testify. I have personal knowledge of the facts stated herein.

2. I am currently employed by the Office of the Prosecutor of Ottawa County, Michigan. As a result of that employment, I am familiar with the records and practices through which that office keeps track of outstanding warrants.

3. As of the date indicated below, the records available in the Office of the Prosecutor of Ottawa County indicate that a warrant against Emmanuel N. Lazaridis in the matter captioned <u>Michigan v. Emmanuel Nicholas Lazaridis</u>, No. 04-28231 (October 7, 2004) is still open and pending.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __Nov 1st__ 2010              _Mary K Dykstra_